UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
COLONIAL FUNDING NETWORK, INC. as servicing
provider for TVT CAPITAL, LLC,

                     Plaintiff,

   - against -

EPAZZ, INC.
CYNERGY CORPORATION and
SHAUN PASSLEY (A/K/A SHAUN A. PASSLEY),

                     Defendants.
------------------------------------------------------------------x
EPAZZ, INC. and SHAUN PASSLEY,

                 Counterclaim Plaintiffs,

   - against -

TVT CAPITAL LLC, VANTIFF, LLC,
COLONIAL FUNDING NETWORK, INC.,
ANDREW FELLUS, WARREN FELLUS,
JOHN DOES 1-10, and JANE DOES 1-10,

                 Counterclaim Defendants.
------------------------------------------------------------------x

Case No. 16-cv-05948 (LLS)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all the parties that the above-captioned action is voluntarily dismissed, without prejudice, against all the defendants, Epazz, Inc., Cynergy Corporation, and Shaun Passley (a/k/a Shaun A. Passley), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each of the counterclaim defendants has been previously dismissed from this action by Order dated May 9, 2017 [docket no. 78].

*[signature page follows]*

Dated: New York, New York
July 12, 2017

| | |
|---|---|
| **PROSKAUER ROSE LLP** | **JONATHAN M. PROMAN, ESQ.** |
| By: *[signature]*<br>David A. Picon<br>Matthew J. Morris | By: *[signature]*<br>Jonathan M. Proman |
| Eleven Times Square<br>New York, New York 10036<br>(212) 969-3000<br>*Attorneys for Plaintiff*<br>*Colonial Funding Network, Inc.*<br>*as servicing provider for TVT Capital, LLC* | 30 Wall Street, Eighth Floor<br>New York, New York 10005<br>(917) 524-7566<br>*Attorney for Defendants*<br>*Epazz, Inc., Cynergy Corporation, and*<br>*Shaun Passley (a/k/a Shaun A. Passley)* |

**RICHARD J. HOWARD, ESQ.**

By: *[signature]*
Richard J. Howard

In-House Counsel to Colonial Funding Network, Inc.
120 West 45th Street
New York, New York 10036
(212) 354-1400
*Attorney for Plaintiff*
*Colonial Funding Network, Inc.*
*as servicing provider for TVT Capital, LLC*